UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Johnnie Mae Wright, ) | C/A No.5:13-2100-MGL-KDW |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| Carolyn W. Colvin, Acting Commissioner ) | |
| of Social Security Administration ) | |
| ) | |
| Defendant. ) | |
| ) | |

On August 2, 2013, Plaintiff, appearing through counsel, filed this action appealing her denial of social security benefits. ECF No. 1. On December 11, 2013, Defendant filed an answer and copy of the hearing transcript. ECF Nos. 13-14. Plaintiff's brief in support of her appeal was due by January 13, 2014. *See* Local Civil Rule 83.VII.04 (D.S.C.); *see also* ECF No. 13. Plaintiff sought and received two extensions of time to file her brief. *See* ECF Nos. 16, 17, 19, 20. With the most recent extension, Plaintiff's brief was due on February 27, 2014. ECF No. 20.

To date, Plaintiff has not filed her brief. Accordingly, it appears to the court that Plaintiff may wish to abandon this action. If Plaintiff wishes to pursue her appeal, she is ordered to file a brief in support of her appeal **no later than March 18, 2014**. Plaintiff is advised that if she fails to comply with this deadline, this matter will be recommended for dismissal with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

March 4, 2014                                  Kaymani D. West
Florence, South Carolina                       United States Magistrate Judge